# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00062-CV

John Pavelka,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
66th District Court of Hill County, Texas
Hon. A. Lee Harris, presiding
Trial Court Cause No. CV026-24DC

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Pavelka filed a notice of appeal of a protective order on February 13, 2025. The protective order was signed by the trial court on January 26, 2024. Because the notice of appeal was untimely, this Court has no jurisdiction over this appeal. *See* TEX. R. APP. P. 26.1. Therefore, this appeal is dismissed. TEX. R. APP. P. 42.3(a).

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: March 13, 2025

Before Chief Justice Johnson,
   Justice Smith, and
   Senior Chief Justice Rose[1]
Appeal dismissed
CV06



---

[1] The Honorable Jeff Rose, Senior Chief Justice (Retired) of the Third Court of Appeals, sitting by assignment of the Chief Justice of the Supreme Court of Texas.